# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 2, 2025
Lyle W. Cayce
Clerk

No. 25-40701

Jose Padron Covarrubias,

*Petitioner—Appellee*,

*versus*

Miguel Vergara, *ICE Field Office Director, San Antonio ICE Detention and Removal*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Orlando Perez, *Warden, Laredo Processing Center, Corrections Corporation of America*; Susan Aikman, *In her official capacity, as Assistant Chief Counsel Office of Chief Counsel, U.S. Immigration and Customs Enforcement*,

*Respondents—Appellants.*

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:25-CV-112

_____

UNPUBLISHED ORDER

Before Graves, Ho, and Douglas, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that Appellants' opposed motion to expedite the appeal is DENIED.

No. 25-40701

IT IS FURTHER ORDERED that Appellants' opposed motion to consolidate this case with 25-20496, *Buenrostro-Mendez v. Bondi*, is GRANTED.