# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 15, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-20496   Buenrostro-Mendez v. Bondi
                  USDC No. 4:25-CV-3726
                  USDC No. 5:25-CV-112

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Amanda M. Duroncelet, Deputy Clerk

Ms. Nora Ahmed
Ms. Danya Wayland Blair
Mr. Stephen Joseph O'Connor
Ms. Catina Perry
Mr. Charles Andrew Perry
Mr. Hector Carlos Ramirez
Mr. Brian Vincent Schaeffer