# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

| | |
|---|---|
| **LYLE W. CAYCE**<br>**CLERK** | **TEL. 504-310-7700**<br>600 S. MAESTRI PLACE,<br>Suite 115<br>NEW ORLEANS, LA 70130 |

January 09, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-20496,  Consolidated with 25-40701
                         Buenrostro-Mendez v. Bondi
                         USDC No. 4:25-CV-3726
                         USDC No. 5:25-CV-112

Enclosed is an order entered in this case.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         */s/ Dantrell Johnson*

                         By: _____
                         Dantrell L. Johnson, Deputy Clerk
                         504-310-7689

Ms. Nora Ahmed
Mr. Stephen Joseph O'Connor
Ms. Catina Perry
Mr. Charles Andrew Perry
Mr. Hector Carlos Ramirez
Mr. Brian Vincent Schaeffer

**P.S. to All Counsel:** An expedited briefing schedule will issue under separate cover. Paper copies of all briefs will be due for filing immediately after electronic filing.