# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 9, 2026
Lyle W. Cayce
Clerk

No. 25-20496

Victor Buenrostro-Mendez,

*Petitioner—Appellee,*

versus

Pamela Bondi, *U.S. Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director, United States Immigration and Customs Enforcement*; Matthew W. Baker, *Acting ICE Houston Field Office Director, United States Immigration and Customs Enforcement*; John Linscott, *ICE Director, Houston Contract Detention Facility, United States Immigration and Customs Enforcement*; Martin Frink, *Warden, Houston Contract Detention Facility, CoreCivic*,

*Respondents—Appellants,*

consolidated with

No. 25-40701

Jose Padron Covarrubias,

*Petitioner—Appellee,*

versus

Miguel Vergara, *ICE Field Office Director, San Antonio ICE Detention*

*and Removal*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Orlando Perez, *Warden, Laredo Processing Center, Corrections Corporation of America*; Susan Aikman, *In her official capacity, as Assistant Chief Counsel Office of Chief Counsel, U.S. Immigration and Customs Enforcement*,

*Respondents—Appellants.*

_____

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 4:25-CV-3726
USDC No. 5:25-CV-112

_____

## UNPUBLISHED ORDER

Before Graves, Ho, and Douglas, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that Appellants' motion to expedite the appeal is GRANTED.