# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 19, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-20496,  Consolidated with 25-40701
                    Buenrostro-Mendez v. Bondi
                    USDC No. 4:25-CV-3726
                    USDC No. 5:25-CV-112

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

Ms. Nora Ahmed
Ms. Danya Wayland Blair
Mr. Stephen Joseph O'Connor
Mr. Nathan Ochsner
Ms. Catina Perry
Mr. Charles Andrew Perry
Mr. Hector Carlos Ramirez
Mr. Brian Vincent Schaeffer

**P.S. to Counsel**: A revised copy of the caption is enclosed for future filings.

All filings must be docketed via the lead case number 25-20496.

_____

Case No. 25-20496

_____

Victor Buenrostro-Mendez,

    Petitioner - Appellee

v.

Pamela Bondi, U.S. Attorney General; Kristi Noem, Secretary, U.S. Department of Homeland Security; Todd M. Lyons, Acting Director, United States Immigration and Customs Enforcement; Matthew W. Baker, Acting ICE Houston Field Office Director, United States Immigration and Customs Enforcement; John Linscott, ICE Director, Houston Contract Detention Facility, United States Immigration and Customs Enforcement; Martin Frink, Warden, Houston Contract Detention Facility, CoreCivic,

    Respondents - Appellants

consolidated with

_____

No. 25-40701

_____

Jose Padron Covarrubias,

    Petitioner - Appellee

v.

Miguel Vergara, ICE Field Office Director, San Antonio ICE Detention and Removal; Kristi Noem, Secretary, U.S. Department of Homeland Security; Orlando Perez, Warden, Laredo Processing Center, Corrections Corporation of America; Susan Aikman, In her official capacity, as Assistant Chief Counsel Office of Chief Counsel, U.S. Immigration and Customs Enforcement,

    Respondents - Appellants