# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

**CORRECTED NOTICE**
January 16, 2026

Mr. Brian Vincent Schaeffer
U.S. Department of Justice
Office of Immigration Litigation - Civil Division
P.O. Box 868
Ben Franklin Station
Washington, DC 20044

No. 25-20496, Consolidated with 25-40701
Buenrostro-Mendez v. Bondi
USDC No. 4:25-CV-3726
USDC No. 5:25-CV-112

Dear Mr. Schaeffer,

You must submit the **6 paper copies** of the Appellants' brief filed on behalf of Mr. Matthew W. Baker, Ms. Pamela Bondi, U.S. Attorney General, Mr. John Linscott, Mr. Todd M. Lyons and Ms. Kristi Noem, Secretary, U.S. Department of Homeland Security in 25-20496, Ms. Susan Aikman, Ms. Kristi Noem, Secretary, U.S. Department of Homeland Security and Mr. Orlando Perez in 25-40701, as required by 5th Cir. R. 31.1 by **January 20, 2026** pursuant to 5th Cir. ECF Filing Standard E.1. Blue front covers are required. Back covers are also required and may be any color.

Failure to timely provide the appropriate number of copies may result in the dismissal of the appeal pursuant to 5th Cir. R. 42.3.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

cc: Ms. Nora Ahmed
    Mr. Benjamin Timothy Hayes
    Mr. My Khanh Ngo
    Mr. Stephen Joseph O'Connor
    Ms. Catina Perry
    Mr. Charles Andrew Perry
    Mr. Hector Carlos Ramirez
    Mr. Oscar Sarabia Roman
    Mr. Michael Tan

**P.S.:** This **CORRECTED NOTICE** is issued to correct language in the 1st paragraph of the original notice that stated the paper copies were due "within **5 days** of the date of this notice." That time-frame is incorrect. The paper copies are due by January 20, 2026.