# *United States Court of Appeals*

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 20, 2026

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 25-20496,   Consolidated with 25-40701
                      Buenrostro-Mendez v. Bondi
                      USDC No. 4:25-CV-3726

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate as to Appellants Ms. Pamela Bondi, U.S. Attorney General in 25-40701, and Mr. Orlando Perez in 25-40701.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      /s/ Dantrell Johnson

                      By: _____
                      Dantrell L. Johnson, Deputy Clerk
                      504-310-7689

cc w/encl:
    Ms. Nora Ahmed
    Ms. Danya Wayland Blair
    Mr. Benjamin Timothy Hayes
    Mr. My Khanh Ngo
    Mr. Stephen Joseph O'Connor
    Ms. Catina Perry
    Mr. Charles Andrew Perry
    Mr. Hector Carlos Ramirez
    Mr. Oscar Sarabia Roman
    Mr. Brian Vincent Schaeffer
    Mr. Michael Tan

P.S. to Counsel: A revised copy of the caption is enclosed for future filings.

———————

Case No. 25-20496

———————

Victor Buenrostro-Mendez,

    Petitioner - Appellee

v.

Pamela Bondi, U.S. Attorney General; Kristi Noem, Secretary, U.S. Department of Homeland Security; Todd M. Lyons, Acting Director, United States Immigration and Customs Enforcement; Matthew W. Baker, Acting ICE Houston Field Office Director, United States Immigration and Customs Enforcement; John Linscott, ICE Director, Houston Contract Detention Facility, United States Immigration and Customs Enforcement; Martin Frink, Warden, Houston Contract Detention Facility, CoreCivic,

    Respondents - Appellants

consolidated with
———————

No. 25-40701
———————

Jose Padron Covarrubias,

    Petitioner - Appellee

v.

Miguel Vergara, ICE Field Office Director, San Antonio ICE Detention and Removal; Kristi Noem, Secretary, U.S. Department of Homeland Security; Susan Aikman, In her official capacity, as Assistant Chief Counsel Office of Chief Counsel, U.S. Immigration and Customs Enforcement,

    Respondents - Appellants