# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 20, 2026
Lyle W. Cayce
Clerk

No. 25-20496

Victor Buenrostro-Mendez,

*Petitioner—Appellee,*

versus

Pamela Bondi, *U.S. Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director, United States Immigration and Customs Enforcement*; Matthew W. Baker, *Acting ICE Houston Field Office Director, United States Immigration and Customs Enforcement*; John Linscott, *ICE Director, Houston Contract Detention Facility, United States Immigration and Customs Enforcement*; Martin Frink, *Warden, Houston Contract Detention Facility, CoreCivic,*

*Respondents—Appellants,*

consolidated with

No. 25-40701

Jose Padron Covarrubias,

*Petitioner—Appellee,*

versus

Miguel Vergara, *ICE Field Office Director, San Antonio ICE Detention*

No. 25-20496
c/w No. 25-40701

*and Removal*; KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*; ORLANDO PEREZ, *Warden, Laredo Processing Center, Corrections Corporation of America*; SUSAN AIKMAN, *In her official capacity, as Assistant Chief Counsel Office of Chief Counsel, U.S. Immigration and Customs Enforcement*,

*Respondents—Appellants.*

_____

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 4:25-CV-3726
USDC No. 5:25-CV-112

_____

CLERK'S OFFICE:

Under 5TH CIR. R.42.3, the appeal is dismissed as to Appellants Ms. Pamela Bondi, U.S. Attorney General in 25-40701, and Mr. Orlando Perez in 25-40701, as of January 20, 2026, for want of prosecution. The Appellants failed to timely file their respective Appellant's briefs for case 25-40701.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Dantrell L. Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

**A True Copy**
**Certified order issued Jan 20, 2026**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

2