United States Court of Appeals
for the Fifth Circuit

No. 25-20496

United States Court of Appeals
Fifth Circuit

**FILED**
January 22, 2026

Lyle W. Cayce
Clerk

Victor Buenrostro-Mendez,

*Petitioner—Appellee,*

versus

Pamela Bondi, *U.S. Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director, United States Immigration and Customs Enforcement*; Matthew W. Baker, *Acting ICE Houston Field Office Director, United States Immigration and Customs Enforcement*; John Linscott, *ICE Director, Houston Contract Detention Facility, United States Immigration and Customs Enforcement*; Martin Frink, *Warden, Houston Contract Detention Facility, CoreCivic,*

*Respondents—Appellants,*

consolidated with

No. 25-40701

Jose Padron Covarrubias,

*Petitioner—Appellee,*

versus

Miguel Vergara, *ICE Field Office Director, San Antonio ICE Detention*

*and Removal*; KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*; SUSAN AIKMAN, *In her official capacity, as Assistant Chief Counsel Office of Chief Counsel, U.S. Immigration and Customs Enforcement*,

             *Respondents—Appellants.*

_____

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 4:25-CV-3726
USDC No. 5:25-CV-112

_____

ORDER:

  IT IS ORDERED that the unopposed motion to reopen the case as to Appellant Pamela Bondi, U.S. Attorney General in 25-40701 is GRANTED.

  IT IS FURTHER ORDERED that the unopposed motion of Appellant Pamela Bondi, U.S. Attorney General for leave to file an out of time Appellant's brief in 25-40701 is GRANTED.

      LYLE W. CAYCE, CLERK
     United States Court of Appeals
       for the Fifth Circuit
       <u>/s/ Lyle W. Cayce</u>

  ENTERED AT THE DIRECTION OF THE COURT