# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
January 27, 2026
Lyle W. Cayce
Clerk

No. 25-20496

Victor Buenrostro-Mendez,

*Petitioner—Appellee*,

*versus*

Pamela Bondi, *U.S. Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director, United States Immigration and Customs Enforcement*; Matthew W. Baker, *Acting ICE Houston Field Office Director, United States Immigration and Customs Enforcement*; John Linscott, *ICE Director, Houston Contract Detention Facility, United States Immigration and Customs Enforcement*; Martin Frink, *Warden, Houston Contract Detention Facility, CoreCivic*,

*Respondents—Appellants*,

consolidated with

No. 25-40701

Jose Padron Covarrubias,

*Petitioner—Appellee*,

*versus*

Miguel Vergara, *ICE Field Office Director, San Antonio ICE Detention and Removal*; Kristi Noem, *Secretary, U.S. Department of Homeland*

No. 25-20496
c/w No. 25-40701

*Security*; Orlando Perez, *Warden, Laredo Processing Center, Corrections Corporation of America*; Susan Aikman, *In her official capacity, as Assistant Chief Counsel Office of Chief Counsel, U.S. Immigration and Customs Enforcement*,

                                        *Respondents—Appellants.*

_____

Appeals from the United States District Court
Southern District of Texas
USDC No. 4:25-CV-3726
USDC No. 5:25-CV-112

_____

ON MOTION FOR HEARING EN BANC

Before Jones, Duncan, and Douglas, *Circuit Judges*.

Per Curiam:

   Because no member of the panel or judge in regular active service requested that the court be polled on hearing en banc (Fed. R. App. P. 40 and 5th Cir. R. 40), the motion for hearing en banc is DENIED.