# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
February 6, 2026
Lyle W. Cayce
Clerk

No. 25-20496

Victor Buenrostro-Mendez,

*Petitioner—Appellee*,

versus

Pamela Bondi, *U.S. Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director, United States Immigration and Customs Enforcement*; Matthew W. Baker, *Acting ICE Houston Field Office Director, United States Immigration and Customs Enforcement*; John Linscott, *ICE Director, Houston Contract Detention Facility, United States Immigration and Customs Enforcement*; Martin Frink, *Warden, Houston Contract Detention Facility, CoreCivic*,

*Respondents—Appellants*,

CONSOLIDATED WITH

No. 25-40701

Jose Padron Covarrubias,

*Petitioner—Appellee*,

versus

Miguel Vergara, *ICE Field Office Director, San Antonio ICE Detention*

No. 25-20496
c/w No. 25-40701

*and Removal*; KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*; SUSAN AIKMAN, *In her official capacity, as Assistant Chief Counsel Office of Chief Counsel, U.S. Immigration and Customs Enforcement*; PAMELA BONDI, *U.S. Attorney General*,

*Respondents—Appellants.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:25-CV-3726

---

## JUDGMENT

Before JONES, DUNCAN, and DOUGLAS, *Circuit Judges*.

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that Appellee pay to Appellant the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See FED. R. APP. P. 41(B). The court may shorten or extend the time by order. See 5TH CIR. R. 41 I.O.P.