# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 02, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 25-20496,  Consolidated with 25-40701
                  Buenrostro-Mendez v. Bondi
                  USDC No. 4:25-CV-3726
                  USDC No. 5:25-CV-112

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

Ms. Nora Ahmed
Ms. Danya Wayland Blair
Ms. Rebecca Cassler
Ms. Sarah Telo Gillman
Mr. Benjamin Timothy Hayes
Ms. Maria Nereida Jaimes
Mr. Amit Jain
Ms. Savannah Kumar
Mr. My Khanh Ngo
Mr. Stephen Joseph O'Connor
Ms. Catina Perry
Mr. Charles Andrew Perry
Ms. Adriana Cecilia Pinon
Mr. Hector Carlos Ramirez
Ms. Carolina Rivera Nelson
Mr. Oscar Sarabia Roman
Mr. Brian Vincent Schaeffer
Mr. Michael Tan