# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 2, 2026
Lyle W. Cayce
Clerk

No. 25-20496

Victor Buenrostro-Mendez,

*Petitioner—Appellee*,

versus

Pamela Bondi, *U.S. Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director, United States Immigration and Customs Enforcement*; Matthew W. Baker, *Acting ICE Houston Field Office Director, United States Immigration and Customs Enforcement*; John Linscott, *ICE Director, Houston Contract Detention Facility, United States Immigration and Customs Enforcement*; Martin Frink, *Warden, Houston Contract Detention Facility, CoreCivic*,

*Respondents—Appellants*,

consolidated with

No. 25-40701

Jose Padron Covarrubias,

*Petitioner—Appellee*,

versus

Miguel Vergara, *ICE Field Office Director, San Antonio ICE Detention*

*and Removal*; KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*; SUSAN AIKMAN, *In her official capacity, as Assistant Chief Counsel Office of Chief Counsel, U.S. Immigration and Customs Enforcement*; PAMELA BONDI, *U.S. Attorney General*,

*Respondents—Appellants.*

_____

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 4:25-CV-3726
USDC No. 5:25-CV-112

_____

ORDER:

IT IS ORDERED that Appellees' unopposed motion for an extension of 15 days, or, to and including April 7, 2026, to file its petition for rehearing/petition for rehearing en banc is DENIED.

_____
EDITH H. JONES
*United States Circuit Judge*