# United States Court of Appeals
# for the Fifth Circuit

No. 25-20496

United States Court of Appeals
Fifth Circuit

**FILED**
April 9, 2026

Lyle W. Cayce
Clerk

VICTOR BUENROSTRO-MENDEZ,

*Petitioner—Appellee*,

*versus*

TODD WALLACE BLANCHE, *Acting U.S. Attorney General*; MARK WAYNE MULLIN, *Secretary, U.S. Department of Homeland Security*; TODD M. LYONS, *Acting Director, United States Immigration and Customs Enforcement*; MATTHEW W. BAKER, *Acting ICE Houston Field Office Director, United States Immigration and Customs Enforcement*; JOHN LINSCOTT, *ICE Director, Houston Contract Detention Facility, United States Immigration and Customs Enforcement*; MARTIN FRINK, *Warden, Houston Contract Detention Facility, CoreCivic*,

*Respondents—Appellants*,

CONSOLIDATED WITH

No. 25-40701

JOSE PADRON COVARRUBIAS,

*Petitioner—Appellee*,

*versus*

MIGUEL VERGARA, *ICE Field Office Director, San Antonio ICE Detention*

No. 25-20496
c/w No. 25-40701

*and Removal*; Mark Wayne Mullin, *Secretary, U.S. Department of Homeland Security*; Susan Aikman, *In her official capacity, as Assistant Chief Counsel Office of Chief Counsel, U.S. Immigration and Customs Enforcement*; Todd Wallace Blanche, *Acting U.S. Attorney General*,

Respondents—Appellants.

―――――――――――――――――――――――――

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 4:25-CV-3726
USDC No. 5:25-CV-112

―――――――――――――――――――――――――

ON PETITION FOR REHEARING EN BANC

Before Jones, Duncan, and Douglas, *Circuit Judges.*

Per Curiam:

Treating the petition for rehearing en banc as a petition for panel rehearing (5th Cir. R.40 I.O.P.), the petition for panel rehearing is DENIED. Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (Fed. R. App. P.40 and 5th Cir. R.40), the petition for rehearing en banc is DENIED.