# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 16, 2026

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 25-20496,  Consolidated with 25-40701
                   Buenrostro-Mendez v. Blanche
                   USDC No. 4:25-CV-3726
                   USDC No. 5:25-CV-112

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a
copy of the court's opinion.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Dantrell L. Johnson, Deputy Clerk
                         504-310-7689

cc:
    Ms. Nora Ahmed
    Ms. Danya Wayland Blair
    Ms. Rebecca Cassler
    Ms. Sarah Telo Gillman
    Mr. Benjamin Timothy Hayes
    Ms. Maria Nereida Jaimes
    Mr. Amit Jain
    Ms. Savannah Kumar
    Ms. Jenny Ma
    Mr. My Khanh Ngo
    Mr. Stephen Joseph O'Connor
    Ms. Catina Perry
    Mr. Charles Andrew Perry
    Ms. Adriana Cecilia Pinon
    Mr. Hector Carlos Ramirez
    Ms. Carolina Rivera Nelson
    Mr. Oscar Sarabia Roman
    Mr. Brian Vincent Schaeffer
    Ms. Elissa Steglich
    Mr. Michael Tan